UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:  Jorge Villanueva                                              Case No. 17-13581-RAM
       Yvette Santana

                                                                          Chapter 13

          Debtors,
_____/

FINAL REPORT OF MORTGAGE MODIFICATION MEDIATOR

     The undersigned court appointed Mortgage Modification Mediator, for the property located at: 11224 S. W. 231st Lane, Miami, Florida 33170, reports to the Court as follows:

A.    The final Mortgage Modification Mediation ("MMM") conference was conducted on September 18, 2017 and the following parties were present:

1.    (X)    The Debtor, Jorge Villanueva, and his attorney, James Poe.
2.    (X)    The Co-obligor, Yvette Santana, and her attorney, James Poe.
3.    (X)    The Lender's representative, Janisse Hall and Corey Ohayon, Lender's counsel.
4.    ( )    Other: _____

B.    The final MMM conference was scheduled for _____, but not conducted for the following reason:

1.    ( )    The parties settled prior to attending.
2.    ( )    The case was dismissed.
3.    ( )    The Debtor or ( ) Debtor's attorney failed to attend.
4.    ( )    The Lender's representative or ( ) Lender's attorney failed to attend.
5.    ( )    Other: _____

C.    The result of the MMM conference is as follows:

1.    (x)    The parties reached an agreement.
2.    ( )    The parties did not reach an agreement.

Dated: September 18, 2017

                                                   /s/ Betsy F. Yegelwel

                                                   Print Name:  Betsy F. Yegelwel, Esquire
                                                   Address:  2150 S. W. 13th Avenue
                                                   Miami, Florida  33145
                                                   Telephone (305) 858-2706
                                                   Email:  Betsy@byeglaw.com

Copies to:
All Parties to the Mediation